1
2
3   JS - 6
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10
11  MARTHA BARRAGAN,              ) Case No. CV 12-6258-OP
12              Plaintiff,        )
13          v.                    ) JUDGMENT
                                  )
14  CAROLYN W. COLVIN,           )
    Commissioner of Social Security, )
15                                )
              Defendant.          )
16
17      Pursuant to the Memorandum Opinion; Order of the United States
18  Magistrate Judge,
19      IT IS ADJUDGED that Judgment be entered affirming the decision of the
20  Commissioner of Social Security, and dismissing the action with prejudice.
21
22
23  DATED: September 30, 2013        _____
24                                   HONORABLE OSWALD PARADA
                                     United States Magistrate Judge
25
26
27
28