JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BARRAGAN, | Case No. CV 12-6258-OP |
| Plaintiff, | |
| v. | JUDGMENT |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security, and dismissing the action with prejudice.

DATED: September 30, 2013

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge